UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRODUCE DEPOT USA, LLC,                 21-cv-2810 (JGK)

            Plaintiff,            ORDER

    - against -

R&L SUNSET PRODUCE CORP., ET AL.,

            Defendants.

JOHN G. KOELTL, District Judge:

    It having been reported to this Court that the parties have reached a settlement for this action, it is, on this 8th day of June, 2021, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

    Any application to reopen must be filed within 30 days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 30-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/08/2021

All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   New York, New York
         June 8, 2021

_____
**John G. Koeltl**
**United States District Judge**